AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 5:24mj60 |
|  | ) |
| Frank Lucio Carillo | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Frank Lucio Carillo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 871 - On or about July 27, 2024, the defendant, Frank Carillo, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the Vice President of the United States, specifically, communications made through the website GETTR that threatened acts of violence.

Date: 08/02/2024

Issued by reliable electronic means.

*Issuing officer's signature*

City and state: Roanoke, Virginia

C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*