**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT**

**Case No.:  5:24MJ60**              **Date:  8/5/2024**

---

**Defendant:  Frank Carillo, custody**                    **Counsel:  Nia Vidal, FPD**

---

| PRESENT: | JUDGE: | Kailani Memmer | TIME IN COURT:  9 min |
| | Deputy Clerk: | K.Saville | |
| | Court Reporter: | K.Saville/FTR | |
| | U. S. Attorney: | Sean Welsh | |
| | USPO: | Alison Spence | |

**INITIAL APPEARANCE**

☒   Initial Appearance.  Defendant(s)  advised of charges, rights and nature of proceedings.
☒   Defendant requests appointment of counsel.  CJA 23 completed;
☒   Defendant to next appear for a preliminary hearing and detention hearing on 8/8 at 12:45pm before Judge Hoppe.
☒   Government moves for detention.
☒   Defendant(s) moves for continuance of detention hearing.

Additional Information:
11:10
All parties present and represented by counsel.
DPPA Oral and written.
Defendant sworn.
Government advises defendant of charges and penalties.
Government is seeking detention.
Det and Preliminary hearing will be continued until 8/8 in C-ville.
Defendant remanded to custody of USMS.
Adjourned.
11:19