# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**UNITED STATES OF AMERICA**

**CASE NO.:** 5:24mj60

**v.**

**DATE:** 8/5/2024

**Frank Lucio Carillo**

**TYPE OF HEARING :** IA Comp

*******************************************************************************

**PARTIES:**

1. **C. Kailani Memmer**
2. Sean Welsh, AUSA
3. Nia Vidal, FPD
4. Frank Carillo, def
5. Alison Spence, USPO
6. Brittany Davis, USPO
7. 
8. K. Saville, CRD
9. 
10. 

*******************************************************************************

**Recorded by:** K. Saville      **Time in Court:** 9 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 11:10 | 1,8,1,8,4 | | | | | | | | |
| 11:11 | 1,4,3,1 | | | | | | | | |
| 11:14 | 1,4 | | | | | | | | |
| 11:17 | 1,4,1,2 | | | | | | | | |
| 11:18 | 1,4,1,2 | | | | | | | | |
| 11:19 | 1,3 | | | | | | | | |