IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES -
DETENTION HEARING/PRELIMINARY EXAM

| Case No.: 5:24MJ60 | Date: 8/8/2024 |
|---|---|
| **Defendant:** Frank Lucio Carillo, Custody | **Counsel:** Andrea Harris, FPD |

**PRESENT:**
- JUDGE: Thomas T. Cullen
- TIME IN COURT: 1:37p-3:14p 1h37mins
- Deputy Clerk: C. Kemp
- Court Reporter: W. Stier
- U. S. Attorney: Sean Welsh
- USPO: Seth Flory
- Case Agent: Steven Duke

## PRELIMINARY EXAM
(Only if arrested on criminal complaint)

☒ Preliminary Exam held.
☒ Probable cause found. Order will enter.

## DETENTION

☒ Detention hearing held.
☒ Findings of Fact: For the reasons explained in detail on the record, the court finds that there are no conditions of pretrial release—or combinations of conditions—that would reasonably assure the safety of any other person and the community
☒ Defendant remanded to custody.

Additional Information:
1:37p
Govt calls Steven Duke, sworn
Govt exhibits 1-16 M/A
Cross
Redirect
Arguments from counsel as to probable cause.
Arguments from counsel as to detention.
Def calls Joseph Carillo, sworn.
Cross.
Court grants motion for detention.
ODPT to be entered.
Adjourned.