**President Biden (197 references):**

11/27/2023 – "JOE BIDEN AND THIS ADMIN MUST DIE"

03/11/2024 – "WE NEED TO ASSASSINATE SCUM LIKE JOE BIDEN AN HIS ADMIN"

03/11/2024 – "JOE BIDEN MUST DIE WITH HIS ADMIN"

05/18/2024 – "SUPPLY ME THE MONEY AND JOE BIDEN IS HISTORY"

05/19/2024 – "BIDEN WILL ALWAYS BE A DUMBASS WHO DOES NOT CARE FOR THIS COUNTRY HE MUST BE ASSASSINATED"

07/15/2024 – "It's the dance Joe Biden bum f****** Biden scumbag Biden f****** mumbling stuttering Biden you're a waste of life and soon your life will be wasted"

**Vice President Kamala Harris (19 references):**

07/27/2024 – "Listen to me crappler Harris also known as cunt Harris you don't have a snowballs chance in hell which is exactly where you're going and soon I will cut your eyes out of your FUCKING head while you're alive bitch and I will make sure you suffer a slow agonizing death you piece of shit"

07/27/2024 – "Kamala Harris needs to be put on fire alive I will do it personally if no one else does it I want her to suffer a slow agonizing death"

07/27/2024 – "Harris is going to regret ever trying to become president because if that ever happened I will personally pluck out her eyes with a pair of pliers but first I will shoot and kill everyone that gets in my way that is a f****** promise"

07/27/2024 – "Just for being a Democrat you're going to die crap La Harris that's a f****** promise I'm going to find you and your f****** family and I'm going to kill you all you f****** waste of life I can't wait to rip your eyes out of your f****** head with a pair of eyes you piece of s*** and nothing but scum of the Earth and you're going to die like it"

07/27/2024 – "Crapler Harris is laying thieving piece of garbage like the rest of this administration they all need to die and they will soon"

**FBI Director Christopher Wray (8 references):**

04/12/2024 – "WRAY SHOULD DIE LIKE HE LIVES WITH HIS FINGERS UP HIS ASS"

07/27/2024 – "No Wray should be hung by his neck until he dangles to death"

07/27/2024 – "WRay is a liar and a scumbag he's also bought and sold he must pay for his actions with his life and his family's life they almost died severely"

1



**Former President Barack Obama (48 references):**

11/24/2023 – "THAT'S OBAMA FAULT AND HE SHOULD PAY WITH HIS LIFE SOON"

12/03/2023 – "NOW MAKE ALL OF THE OBAMAS PAY WITH THEIR LIVES WITH ALL THE OTHER SCUM WHO STARTED THIS"

07/27/2024 – "Soon Barack Obama and his whole family will be dead the people will kill them we will torture them to death and then we will hang them just like they belong hung in the nearest tree so everyone can see the scum that they are a naked walk over to them and carve their initials in them that is their whole family I don't give a f*** who it is but the whole family is going to die we will hunt you down and we will torture to you to death"

07/27/2024 – "I think he's taking a big chance with the CIA they work for f****** scumbag Obama he's going to die no matter what whether you getting office or not he will die and he will suffer dying Obama and his f**** disgusting vile wife boyfriend whatever the f*** you want to call him they will die the whole family will die that is my promise we the people have spoken"

07/27/2024 – "Soon Barack Obama and his whole family will be dead the people will kill them we will torture them to death and then we will hang them just like they belong hung in the nearest tree so everyone can see the scum that they are a naked walk over to them and carve their initials in them that is their whole family I don't give a f*** who it is but the whole family is going to die we will hunt you down and we will torture to you to death"

**Firearms:**

2/22/2024 – "I HAVE MY AR-15 LOCKED AND LOADED".

11/23/2023 – "DON'T WAIT FOR YOUR GOV. GO OUT WITH YOUR GUNS AND KILL ALL MUSLIMS"

02/13/2024 – "FUCK YOU ASSHOLE SEND THEM TO YOUR HOUSE I WILL SHOOT THEM FIRST"

03/23/2024 - LOOK AT ALL THE TARGET SHOOTING THEY MUST DIE"

03/24/2024 – "TRUDEAU IS A CLOWN PUPPET HE MUST BE TAKEN OUT AND SHOT JUST LIKE BIDEN AND HIS ADMIN"

07/27/2024 – "They should be shot in the f****** head those lousy f****** CIA b******* artist scumbags"

07/27/2024 – "I believe when he illegals show up to vote they should be shot in the head quickly they are not allowed to vote so then they must die cuz if I see any of them I'll kill them"

2