# GETTR Posts
## July 27, 2024: Kamala Harris Threats – 7:40am, 7:43am, 7:56am, 10:17am, 10:29am

GOVERNMENT EXHIBIT 02

| date | userid | action | postid | text | ipaddress |
|---|---|---|---|---|---|
| Sat, 27 Jul 2024 14:29:23 GMT | joemadarats1 | pub_cm | c2hcrhu63e8 | Listen to me crappler Harris also known as cunt Harris you don't have a snowballs chance in hell which is exactly where you're going and soon I will cut your eyes out of your FUCKING head while you're alive bitch and I will make sure you suffer a slow agonizing death you piece of shit | 204.111.228.117 |
| Sat, 27 Jul 2024 14:17:09 GMT | joemadarats1 | pub_cm | c2hcreba22b | Kamala Harris needs to be put on fire alive I will do it personally if no one else does it I want her to suffer a slow agonizing death | 204.111.228.117 |
| Sat, 27 Jul 2024 11:56:34 GMT | joemadarats1 | pub_cm | c2hcj1wf823 | Harris is going to regret ever trying to become president because if that ever happened I will personally pluck out her eyes with a pair of pliers but first I will shoot and kill everyone that gets in my way that is a f****** promise | 172.58.253.113 |
| Sat, 27 Jul 2024 11:43:38 GMT | joemadarats1 | pub_cm | c2hcjcjef3c | Just for being a Democrat you're going to die crap La Harris that's a f****** promise I'm going to find you and your f****** family and I'm going to kill you all you f****** waste of life I can't wait to rip your eyes out of your f****** head with a pair of eyes you piece of s*** and nothing but scum of the Earth and you're going to die like it | 172.58.253.113 |
| Sat, 27 Jul 2024 11:40:08 GMT | joemadarats1 | pub_cm | c2hcivr3d98 | Crapler Harris is laying thieving piece of garbage like the rest of this administration they all need to die and they will soon | 172.58.253.113 |
| Thu, 22 Feb 2024 12:40:49 GMT | joemadarats1 | pub_cm | c2axhedaeef | I HAVE MY AR-15 LOCKED AND LOADED | 23.105.160.213 |