## Gettr User joemadarats1 Profile

| | |
|---|---|
| **GETTR ID** | joemadarats1 |
| **Nickname** | joemadarats1 |
| **Email** | joemadarats588@gmail.com |
| **SMS** | |
| **BIO Description** | |
| **Date/Time Period** | *from* 2023-06-15 14:02:01 *to* 2024-07-28 23:05:15 |
| **IPs** | see file user_joemadarats1_posts.xlsx for more details |
| **Created Date** | 2023-06-15 14:02:01 |



GOVERNMENT EXHIBIT 03