# Google Records – joemadarats588@gmail.com

## GOOGLE SUBSCRIBER INFORMATION

Name: Joe Madarats
Given Name: Joe
Family Name: Madarats
e-Mail: joemadarats588@gmail.com
Alternate e-Mails:

Created on: 2020-01-18 13:46:47 Z
Terms of Service IP: 216.15.78.99

Last Updated Date: 2024-07-29 22:34:44 Z
Last Logins: 2024-07-29 22:34:44 Z, 2024-07-29 21:11:59 Z, 2024-07-29 16:54:12 Z

## ACCOUNT RECOVERY

Contact e-Mail: joemadarats588@gmail.com
Recovery e-Mail: bobungots61@gmail.com
Recovery SMS: +16107625261 [US]

## PHONE NUMBERS

User Phone Numbers: +16107625261 [US]
2-Step Verification Phone Numbers:



**GOVERNMENT EXHIBIT**

**04**