# Google Records – joemadarats588@gmail.com

## 📱 ANDROID DEVICE CONFIGURATION SERVICE DATA

### Device and Account Identifiers

Android ID: 3474346345614039926
MEID(s):
IMEI(s): 356125201089732
ESN(s):
Serial Number(s): fogo:ZY22JMGW3N
MAC Addresses:

User Profile: 0
Users: joemadarats588@gmail.com, jmadarats@gmail.com, bsdmdmatter@gmail.com, madaratsj@gmail.com, fcarillo@hotmail.com, bobungots61@gmail.com, ang006161@gmail.com

### Device Attributes

Locale: en-US
Timezone: America/New_York

Hardware: qcom
Model: moto g 5G - 2024
Brand: motorola
Manufacturer: motorola
Device Type: Android
Device Sub-type: Phone
Device: fogo
Partner Client ID: android-motorola
Product: fogo_g
Radio Firmware Version: M4375_HI434_03.562.01.79R FOGO_PVT_NADSDS_CUST
Bootloader Firmware Version: MBM-3.0-uefi-c54f1b094a7-240604-U1UFNS34.41-71-1-3362a1



GOVERNMENT EXHIBIT
05