## Google IP Activity – joemadarats588@gmail.com

**IP ACTIVITY**

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2024-07-29 22:34:44 Z | 204.111.228.117 | Login |
| 2024-07-29 21:11:59 Z | 204.111.228.117 | Login |
| 2024-07-29 16:54:12 Z | 2607:fb91:dc4:aa75:2458:deff:fe94:c84f | Login |
| 2024-07-29 14:32:12 Z | 204.111.228.117 | Login |
| 2024-07-29 02:39:53 Z | 204.111.228.117 | Login |
| 2024-07-28 23:54:24 Z | 204.111.228.117 | Login |
| 2024-07-28 22:16:51 Z | 204.111.228.117 | Login |
| 2024-07-28 20:09:51 Z | 204.111.228.117 | Login |
| 2024-07-28 20:08:14 Z | 204.111.228.117 | Login |
| 2024-07-28 19:38:35 Z | 204.111.228.117 | Login |
| 2024-07-28 14:49:29 Z | 204.111.228.117 | Login |
| 2024-07-28 01:24:55 Z | 204.111.228.117 | Login |
| 2024-07-27 22:15:58 Z | 204.111.228.117 | Login |
| 2024-07-27 15:37:08 Z | 204.111.228.117 | Login |
| 2024-07-27 15:16:54 Z | 204.111.228.117 | Login |
| 2024-07-27 13:53:39 Z | 204.111.228.117 | Login |
| 2024-07-26 22:22:54 Z | 204.111.228.117 | Login |
| 2024-07-26 22:13:01 Z | 204.111.228.117 | Login |
| 2024-07-26 21:22:28 Z | 204.111.228.117 | Login |

On July 27, 2024, logins from IP address 204.111.228.117 occurred at

9:53am
11:16am
11:37am
6:15pm
9:24pm



GOVERNMENT EXHIBIT
06