# Google Location Data

July 27, 2024:    10:15am, 10:19am, 10:21am, 10:25am, 10:34am

```
Originating Identifier: joemadarats588@gmail.com [Email Address]
Resolved Identifier: 140905859917 [Google Account ID]
Resolution Path: joemadarats588@gmail.com [Email Address] -> 140905859917 [Google Account ID]
Email Address Associated with Google Account ID: joemadarats588@gmail.com
Service: Location History (Timeline)
Resource: Records

Start of date range: 2024-07-26 07:00:00 UTC
End of date range: 2024-07-30 06:59:59 UTC
```

| Timestamp (UTC) | Timestamp (Local) (America/Phoenix) | Display Radius (Meters) | Source | Device Tag | Platform |
|---|---|---|---|---|---|
| 2024-07-27T14:15:10.553Z | 2024-07-27T07:15:10.553 | 100 | WIFI | -1018726363 | ANDROID |
| 2024-07-27T14:19:25.518Z | 2024-07-27T07:19:25.518 | 100 | WIFI | -1018726363 | ANDROID |
| 2024-07-27T14:21:14.681Z | 2024-07-27T07:21:14.681 | 100 | WIFI | -1018726363 | ANDROID |
| 2024-07-27T14:25:16.549Z | 2024-07-27T07:25:16.549 | 100 | WIFI | -1018726363 | ANDROID |
| 2024-07-27T14:34:38.295Z | 2024-07-27T07:34:38.295 | 100 | WIFI | -1018726363 | ANDROID |