GOVERNMENT EXHIBIT
08

| | | | | |
|---|---|---|---|---|
| 2024-07-27T14:15:10.553Z | 2024-07-27T07:15:10.553 | [redacted] | 100 | WIFI |

[redacted]