

| 2024-07-27T14:34:38.295Z | 2024-07-27T07:34:38.295 | | | 100 | WIFI |