GOVERNMENT EXHIBIT 15