GOVERNMENT EXHIBIT 16