UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE

CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
8/9/2024
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

FRANK LUCIO CARILLO

ORDER OF DETENTION
PENDING TRIAL

CASE NO.: 5:24MJ60

In accordance with the Bail Reform Act, 18 U.S.C. § 3 142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trail in this case.

**FINDINGS OF FACT**

(1)   There is probable cause to believe that the defendant has committed an offense:
   (a) for which a maximum term of imprisonment of ten years or more is prescribed in _____.

(2)   The defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**STATEMENT OF REASONS FOR DETENTION**

I find that the credible testimony and information submitted at the hearing establishes that:

For the reasons explained in detail on the record, the court finds that there are no conditions of pretrial release—or combinations of conditions—that would reasonably assure the safety of any other person and the community.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the Unites States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is directed to send certified copies of this Order to the defendant or counsel for the defendant; to the United States Attorney, Roanoke, VA; and to the United States Marshal, Roanoke, VA.

ENTER: August 9, 2024

_____
Thomas T. Cullen
United States District Judge